# Court of Appeals
# of the State of Georgia

ATLANTA,____July 20, 2016_____

*The Court of Appeals hereby passes the following order:*

**A16E0036. ST. MARY'S PROPERTY, LLC et al. v. SAINT SMITTY, LLC.**

St. Mary's Property, LLC and Ramzy Bakkar (the defendants) have filed in this court a motion for an extension of time to file a notice of appeal pursuant to OCGA § 5-6-39, following the trial court's grant of Saint Smitty, LLC's (plaintiff's) motion for an interlocutory injunction. The defendants originally filed a motion for an extension of time in the trial court seeking 30 days, in addition to the 30 days allowed by OCGA § 5-6-38 (a) within which to file a notice of appeal, but the court granted them only an extension of "thirty (30) days from entry of this Order," filed on July 14, 2016. Pursuant to this order, the defendants would be required to file a notice of appeal no later than August 15, 2016.

Both the defendants and the plaintiff agreed that an additional 30 days from the 30 statutory days are needed so that the subject of the underlying dispute, the use of a pedestal sign, can be settled by agreement. The defendants assert, however, that such agreement is dependent upon the City of St. Mary's grant of their request for a variance of the local sign ordinance, which will not be considered by the city "until the second or third week of August 2016."

Upon consideration of this motion properly filed by the defendants pursuant to Court of Appeals Rules 16 and 40 (b), the trial court's July 14, 2016 order granting an extension is hereby VACATED, and the defendants' motion for an extension of time filed in this court is hereby GRANTED. The defendants shall have until August 30, 2016, a full 60 days from the trial court's July 1, 2016 order granting the interlocutory injunction, to file a notice of appeal.



*Court of Appeals of the State of Georgia*
        *Clerk's Office, Atlanta,*_____07/20/2016_____
        *I certify that the above is a true extract from*
*the minutes of the Court of Appeals of Georgia.*
        *Witness my signature and the seal of said court*
*hereto affixed the day and year last above written.*

_____*Stephen E. Castlen*_____ *, Clerk.*